AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

David Wicklund,

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:  09-3574 (DWF/FLN)

James A. West, P.C., and John Doe,

        Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. [2]) filed by Plaintiff on February 12, 2010, and upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that all claims asserted by Plaintiff in the above-entitled action, including all claims for attorney fees, are hereby **DISMISSED WITH PREJUDICE** and on the merits, without cost to any of the parties hereto.

| February 18, 2010 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/MMP |
| | (By)  MMP, Deputy Clerk |

Form Modified:  09/16/04